**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 3, 2018

Honorable Naomi Reice Buchwald
Judge, United States District
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Francisco Arvizu, 18 Cr. 367 (NRB)

Dear Judge Buchwald:

      I write pursuant to 18 U.S.C. § 4285 to request your Honor sign the enclosed order directing the U.S. Marshals Service to arrange for and fund Mr. Arvizu's round trip travel between Arizona and New York for his arraignment on June 6, 2018.

      Mr. Arvizu is indigent and we ask that the Court Order the United States Marshals Service to arrange for and fund Mr. Arvizu's travel to and from the Southern District of New York.

                                          Respectfully submitted,

                                          /s/ Sabrina Shroff
                                          Sabrina Shroff
                                          Assistant Federal Defender
                                          (212) 417-8713

cc:      AUSA. Adam Hobson (via ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
UNITED STATES OF AMERICA          :    TRANSPORTATION ORDER
                                          18 Cr. 367 (NRB)
        - v -                     :

Francisco Arvizu Jr.              :

                    Defendant.    :
----------------------------------x
```

Upon the application of Francisco Arvizu Jr., by his attorney, Sabrina Shroff, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

ORDERED that the United States Marshals Service furnish Francisco Arvizu Jr. with funds to cover the cost of roundtrip airfare between Tucson, Arizona and New York, New York for Mr. Arvizu's upcoming court appearance in the Southern District of New York, on June 6, 2018; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York         **SO ORDERED:**
        June 3, 2018
                                   _____
                                   HONORABLE NAOMI REICE BUCHWALD
                                   United States District Judge